1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

M.L., an individual,

                         Plaintiff,

       v.

CRAIGSLIST, et al.,

                         Defendants.

Case No. 3:19-cv-6153-BHS-TLF

REPORT AND
RECOMMENDATION

Noted for: March 13, 2020

The District Court has referred this action, filed pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446(a), to United States Magistrate Judge Theresa L. Fricke. This matter is before the Court on a joint motion by plaintiff and one of the defendants, SeaTac Hotels LLC, for entry of a stipulated order dismissing defendant SeaTac Hotels, LLC from this lawsuit. Dkt. 45. The parties have stipulated under Fed. R. Civ. P. 41(a)(1)(A)(i), and under this sub-section, a voluntary dismissal by stipulation does not require an order of the Court, if the defendant has not yet filed either an answer or a motion for summary judgment. Here, defendant SeaTac Hotels LLC has filed an answer. Dkt. 40.

After reviewing the parties' joint motion and the relevant record, the undersigned recommends that the motion be GRANTED, and that defendant SeaTac Hotels, LLC, be DISMISSED from this action without prejudice. Dkt. 45. Because defendant SeaTac

has filed an answer, this dismissal would be entered pursuant to Fed. R. Civ. P. 41(a)(2).

The parties have **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6; FRCP 72(b)(2). Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). If objections are filed, the parties shall have **fourteen (14) days** from the service of the objections to file a response. FRCP 72(b)(2). Accommodating this time limitation, this matter shall be set for consideration on March 13, 2020, as noted in the caption.

Dated this 24th day of February, 2020.

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2