UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| M. L., an individual,<br><br>            Plaintiff,<br><br>v.<br><br>CRAIGSLIST INC, et al.,<br><br>            Defendants. | CASE NO. C19-6153 BHS-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING DEFENDANT SEATAC HOTELS, LLC |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 46. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) The parties' joint motion for voluntary dismissal, Dkt. 45, is **GRANTED**; and

(3) All claims against Defendant SeaTac Hotels, LLC are **DISMISSED** from this lawsuit without prejudice.

Dated this 24th day of March, 2020.

BENJAMIN H. SETTLE
United States District Judge

ORDER