# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

M.L.,

        Plaintiff,

v.

craigslist Inc. et al.,,

        Defendants.

Case No. 3:19-cv-06153-BHS-TLF

ORDER GRANTING MOTION TO SEAL

This matter comes before the Court on 2005 Investors LLC's Stipulated Motion to Seal (Dkt. 171) and craigslist Inc.'s Unopposed Motion to Seal (Dkt. 178). This matter has been referred to the undersigned Magistrate Judge. *Mathews, Sec'y of. H.E.W. v. Weber*, 423 U.S. 261 (1976); 28 U.S.C. § 636(b)(1)(B); Local Rule MJR 4(a)(4); Dkt. 19. For the reasons set forth below, the Court grants both motions to seal.

Under Local Civil Rule 5(g), there is a strong presumption of public access to the court's files which a party must overcome before filing documents under seal. The Court issued a Protective Order explaining that there is a compelling interest in protecting plaintiff's identity to prevent sex trafficking perpetrator(s) from obtaining plaintiff's identity, contact information, location of her residence or other private information. Dkt. 135 at ¶ 2. The Protective Order allows plaintiff to proceed pseudonymously and requires that any party asserting a need to identify plaintiff in a briefing to file a motion to seal the record. Dkt. 135 at ¶ 2.

ORDER GRANTING MOTION TO SEAL - 1

Plaintiff and 2005 Investors LLC inform the Court that the parties need to identify plaintiff and disclose plaintiff's personal identifying information to properly litigate 2005 Investors LLC's motion for partial summary judgment. Dkt. 171. Similarly, craigslist Inc., states that their motion for partial summary judgment will necessarily identify plaintiff and rely on disclosing plaintiff's personal identifying information. Dkt. 178.

Based on the pending motions and accompanying declarations (Dkt. 171, 172, 178), the Court ORDERS:

1. Compelling interests in plaintiff's privacy and safety warrant proceeding under seal;
2. 2005 Investors LLC's Motion to Seal (Dkt. 171) and craigslist Inc.'s Motion to Seal (Dkt. 178) are GRANTED;
3. The unredacted documents currently filed under seal (Dkt. 179-183) shall remain under seal;
4. If any of the parties' subsequent filings related to the two pending motions for summary judgment (Dkt. 173, 175, 179, 180) reference or disclose plaintiff's personal identifying information, the parties are directed to file the documents under seal.
5. The Clerk is directed to send a copy of this Order to the parties.

Dated this 10th day of May, 2021.

Theresa L. Fricke
United States Magistrate Judge