UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| M.L., an individual,<br><br>          Plaintiff,<br><br>    vs.<br><br>CRAIGSLIST, INC.; CRAIG NEWMARK;<br>JIM BUCKMASTER; G6 HOSPITALITY,<br>LLC; SEATAC HOTELS, LLC, D/B/A<br>MOTEL 6; WYNDHAM HOTELS AND<br>RESORTS, INC., and 2005 INVESTORS,<br>LLC, D/B/A HOWARD JOHNSON INN,<br><br>          Defendants. | NO. 3:19-CV-06153-BHS-TLF<br><br>STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL WITH<br>PREJUDICE AS TO DEFENDANTS<br>2005 INVESTORS, LLC AND<br>WYNDHAM HOTELS AND<br>RESORTS, INC.<br><br>**Note on Motion Calendar:**<br>**July 20, 2022** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff M.L. ("Plaintiff") and Defendants 2005 Investors, LLC ("2005 Investors") and Wyndham Hotels and Resorts, Inc. ("WHRI") submit this Stipulation and Proposed Order of Dismissal with Prejudice as to Plaintiff's claims against 2005 Investors and WHRI. Plaintiff and Defendants 2005 Investors and WHRI stipulate and agree that each such party will bear its own attorneys' fees and costs.

Accordingly, Plaintiff hereby requests that the Court dismiss 2005 Investors and WHRI from this matter, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a). Pursuant to

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE AS TO
DEFENDANTS 2005 INVESTORS AND    - 1 -
WYNDHAM HOTELS - NO. 3:19-CV-
06153-BHS-TLF

M.L. - Stip and Order of Dismissal.revised/072022 1654/6392-0051

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Plaintiff's prior dismissal of other Defendants, there will be no remaining Defendants in this case following dismissal of Plaintiff's claims against 2005 Investors and WHRI.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

DATED this 20th day of July, 2022.

LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.

By  /s Kimberly L. Adams
    Kathryn Avila, pro hac vice
    Kimberly Lambert Adams, pro hac vice
    Hilary Wood, pro hac vice
    Christopher V. Tisi pro hac vice
    Emmie Paulos, pro hac vice
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone:     (850) 425-7056
E-mail:        kavila@levinlaw.com
E-mail:        kadams@levinlaw.com
E-mail:        hwood@levinlaw.com
E-mail:        ctisi@levinlaw.com
E-mail:        epaulos@levinlaw.com

AND

THE LAW OFFICES OF ERIK L. BAUER

By  /s Erik L. Bauer
    Erik L. Bauer, WSBA #14937
    Susanna L. Southworth, WSBA #35687
215 Tacoma Avenue South
Tacoma, Washington 98402
Telephone:     (253) 383-2000
E-mail:        erik@erikbauerlaw.com
E-mail:        susanna@erikbauerlaw.com

*Attorneys for Plaintiff*

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE AS TO
DEFENDANTS 2005 INVESTORS AND          - 2 -
WYNDHAM HOTELS - NO. 3:19-CV-
06153-BHS-TLF

M.L. - Stip and Order of Dismissal.revised/072022 1654/6392-0051

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

BETTS PATTERSON & MINES, P.S.

By ___/s Dawna J. Campbell_____
    Dawna J. Campbell, WSBA #27335
701 Pike Street, Suite 1400
Seattle, WA 98101
Telephone:    (206) 292-9988
Email:        dcampbell@bpmlaw.com

WILSON SMITH COCHRAN DICKERSON

By ___/s Gabriella Wagner_____
    Gary A. Western, WSBA #12878
    Gabriella Wagner, WSBA #42898
1000 Second Ave., Suite 2050
Seattle, WA 98104-3629
Telephone:    (206) 623-4100
Email:        western@wscd.com
Email:        wagner@wscd.com

AND

DYNAN & ASSOCIATES, PS

By ___/s Mark Dynan_____
    Mark Dynan, WSBA #12161
    Samuel Behar, WSBA #46586
2102 North Pearl St., #400-D
Tacoma, WA 98406
Telephone    (253) 752-1600
Email:        mdynan@dynanassociates.com
Email:        sbehar@dynanassociates.com

*Attorneys for Defendant 2005 Investors, LLC*

DLA PIPER LLP

By ___/s Anthony Todaro_____
    Anthony Todaro, WSBA #30391
    Alexandria Cates, WSBA #53786
    Lianna Bash, WSBA #52598
701 Fifth Avenue, Suite 6900
Seattle, WA 98104
Telephone:    (206) 839-4800
Email:        anthony.todaro@dlapiper.com
Email:        alexandria.cates@us.dlapiper.com
Email:        liana.bash@dlapiper.com

*Attorneys for Defendant Wyndham Hotels and Resorts, Inc.*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS 2005 INVESTORS AND WYNDHAM HOTELS - NO. 3:19-CV-06153-BHS-TLF

- 3 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**ORDER**

This matter comes before the Court on the parties' Stipulation and Order of Dismissal with Prejudice as to Defendants 2005 Investors, LLC and Wyndham Hotels and Resorts, Inc. This stipulation is GRANTED, pursuant to Fed. R. Civ. P. 41(a)(ii). All claims against Defendants 2005 Investors, LLC and Wyndham Hotels and Resorts, Inc are dismissed with prejudice.

IT IS SO ORDERED.

DATED this _____ day of _____, 2022.

_____
Hon. Theresa A. Fricke
United States District Court Judge

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE AS TO
DEFENDANTS 2005 INVESTORS AND          - 4 -
WYNDHAM HOTELS - NO. 3:19-CV-
06153-BHS-TLF

M.L. - Stip and Order of Dismissal.revised/072022 1654/6392-0051

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**CERTIFICATE OF SERVICE**

I, Dawna J. Campbell, hereby certify that on July 20, 2022, I electronically filed the following:

- **Stipulation and [Proposed] Order of Dismissal With Prejudice as to Defendants 2005 Investors, LLC and Wyndham Hotels and Resorts, Inc.; and**

- **Certificate of Service.**

with the Court using the CM/ECF system which will send notification of such filing to the following:

***Counsel for Plaintiff M.L.***
Kathryn L. Avila
Kimberly L. Adam
Levin Papantonio Thomas Mitchell Rafferty & Proctor PA
316 S Baylen St Ste 600
Pensacola, FL 32502

***Counsel for Plaintiff M.L.***
Erik L. Bauer
The Law Office of Erik L. Bauer
215 Tacoma Ave S
Tacoma, WA 98402

***Counsel for Defendant Wyndham Hotels and Resorts, Inc.***
Anthony Todaro
DLA Piper LLP
701 Fifth Ave Ste 7000
Seattle, Washington 98104-7044

***Counsel for Defendant 2005 Investors, LLC***
Gary Allan Western
Gabriella Wagner
Wilson Smith Cochran Dickerson
1000 Second Ave Ste 2050
Seattle, WA 98104

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE AS TO
DEFENDANTS 2005 INVESTORS AND          - 5 -
WYNDHAM HOTELS - NO. 3:19-CV-
06153-BHS-TLF

M.L. - Stip and Order of Dismissal.revised/072022 1654/6392-0051

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

*Counsel for Defendant 2005 Investors, LLC*
Mark J. Dynan
Samuel B. Behar
Dynan & Associates, PS
2102 N Pearl St Ste 400
Tacoma, WA 98406-2550

DATED this 20th day of July 2022.

BETTS, PATTERSON & MINES P.S.

By  /s Dawna J. Campbell
    Dawna J. Campbell, WSBA #27335
Betts, Patterson & Mines, P.S.
701 Pike Street, Suite 1400
Seattle WA 98101-3927
Telephone: (206) 292-9988
Facsimile: (206) 343-7053
E-mail: dcampbell@bpmlaw.com
Attorneys for Defendant 2005 Investors, LLC

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS 2005 INVESTORS AND WYNDHAM HOTELS - NO. 3:19-CV-06153-BHS-TLF

- 6 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

M.L. - Stip and Order of Dismissal.revised/072022 1654/6392-0051